961 F.2d 215
 Topalian (Micahel K.), Boyett (Don W.), McDonald (Bobby),
MJM Ventures, Manuel (Richard H.), Borroughs (Jack
E.), Anderson (Charles W.)
v.
Ehrman (John N.), Rockwood Insurance Company; Topalian
(Michael K.), Fienga (Warren B.), Manuel (Richard H.),
Boyett (Don W.), McDonald (Bobby W.), Lacelle (Charles F.),
MJM Ventures v. Ehrman (John N.), Ehrman Investment Group,
Inc., Onshore Exploration Ltd. 1984 Mid-Year Drilling
Program; Topalian (Michael K.) v. Ehrman (John N.)
 NOS. 90-2104, 90-2106
 United States Court of Appeals,
Fifth Circuit.
 Apr 07, 1992
 S.D.Tex., 954 F.2d 1125
 
 1
 DENIALS OF REHEARING EN BANC.
 
 
 2
 'Table of Denials of Rehearing En Banc' appearing
 
 
 3
 in the Federal Reporter.)